1  J. RANDALL JONES, ESQ.
   Nevada Bar No.: 001927
2  AMANDA B. (WATSON) KERN, ESQ.
   Nevada Bar No.: 009218
3  KEMP, JONES & COULTHARD, LLP
   3800 Howard Hughes Parkway
4  Seventeenth Floor
   Las Vegas, Nevada 89169
5  Tel. (702) 385-6000
   Attorneys for Defendant/
6  Counterclaimant

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10
    AVERY BROOKS AND ASSOCIATES,        Case No. 2:09-CV-0149-RLH-PAL
11  INC. , a Nevada corporation,

12              Plaintiff,

13  vs.

14  SANDY LANE; SANDY LANE HOTEL
    AND GOLF CLUB LTD., an international
15  private company; SANDY LANE HOTEL
    COMPANY LTD., a Barbados company; and
16  DOES 1 through 20, inclusive,

17              Defendants.

18

19      **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

20          The above-named parties, by and through their respective counsel of record, hereby

21  stipulate and agree that all claims in the above-entitled matter be dismissed with prejudice, each

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000
Fax (702) 385-6001

1    party to bear its own attorney's fees and costs.

2       The trial date previously scheduled in this matter has been vacated due to settlement.

3    DATED this 14th day of September, 2010.      DATED this 14th day of September, 2010.

4    KEMP, JONES & COULTHARD, LLP      MCDONALD CARANO WILSON, LLP

5

6    /S/: AMANDA B. WATSON            /S/: JACQUELYN S. LELEU
      J. RANDALL JONES, ESQ.               JACQUELYN S. LELEU, ESQ.

7    Nevada Bar No.: 001927              Nevada Bar No. 07675:
      AMANDA B. (WATSON) KERN, ESQ.     JOE SCHRAGE, ESQ.

8    Nevada Bar No.: 009218             Nevada Bar No.: 011270
      3800 Howard Hughes Parkway        2300 West Sahara Avenue, Suite 1000

9    Seventeenth Floor                 Las Vegas, Nevada 89102
      Las Vegas, Nevada 89169           Attorneys for Plaintiff/Counterdefendant

10   Attorneys for Defendant/Counterclaimant

11

12                         **ORDER**

13      IT IS SO ORDERED.

14      DATED:    September 15, 2010

15

16

17          CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000
Fax (702) 385-6001